UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**OPE ADENIKINJU**,

    Plaintiff,

v.                                                              Civil Action No. 3:24-cv-00099-HEH

**EQUIFAX INFORMATION SERVICES, LLC**,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Ope Adenikinju ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant"), by and through their respective counsel, hereby notify the Court that Plaintiff has reached a settlement that resolves Plaintiff's claims against Defendant.

Plaintiff is diligently working with Defendant to finalize their settlement and dismissal documents. Pending full execution of those documents, Plaintiff and Defendant shall timely file the proper form of dismissal.

Dated: August 22, 2024                    *Respectfully submitted*,

                                                    **OPE ADENIKINJU**

                                                    By: /s/ Drew D. Sarrett
                                                         Drew D. Sarrett, VSB # 81658
                                                         **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                          626 East Broad Street, Suite 300
                                                          Richmond, VA 23219
                                                          Telephone: (804) 905-9900
                                                          Fax: (804) 905-9902
                                                          Email:  drew@clalegal.com

                                                          *Counsel for Plaintiff*

**EQUIFAX INFORMATION SERVICES, LLC**

By: /s/ John W. Montgomery, Jr.
John W. Montgomery, Jr., VSB # 37149
Traylor Montgomery & Elliott PC
130 E Wythe St
Petersburg, VA 23803
Email: jmontgomery@tmande.com

*Counsel for Defendant*