IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| OPE ADENIKINJU, | : |  |
|---|---|---|
|  | : |  |
| Plaintiff, | : |  |
|  | : | Civil Action No. |
| v. | : |  |
|  | : | 3:24-CV-99-HEH |
| EQUIFAX INFORMATION SERVICES, LLC, | : |  |
|  | : |  |
| Defendant. | : |  |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, OPE ADENIKINJU ("Plaintiff") and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Equifax") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Equifax, in the above styled action, with Plaintiff and Equifax to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of September, 2024.

DATED: September 9, 2024

By: */s/ Mark Leffler*
Mark C. Leffler, VSB No. 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: mark@clalegal.com
*Counsel for Plaintiff*

By: */s/John W. Montgomery, Jr.*
John W. Montgomery, Jr.
Traylor Montgomery & Elliott, PC
130 E Wythe Street
Petersburg, VA 23803
Email: jmontgomery@tmande.com
*Counsel for Defendant, Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark L. Leffler*
Mark C. Leffler

*Counsel for Plaintiff*
